# EXHIBIT "A"

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## VEHICLE TITLE RECORD

11/28/12

REQUEST CODE: 1052034

| Title and Identification No. | Year | Make | Model | Body/Hull | Wt./Sts./Lgth. | Color | Fuel | Cyl./Prop. |
|---|---|---|---|---|---|---|---|---|
| 4T1BF3EK8AU512081 | 10 | TOYOT | CAM | 4DSD | 3208 | BK | GAS | 4 |

CURRENT OWNER: ERS7279  16  9062400B88   7/20/09
WIRELESS;PROMOTIONS CELLULAR;1
715 CHURCH AVE      BROOKLYN NY      11218

ODOMETER:  00021  ACTUAL MILEAGE

LIENHOLDER: TOYOTA;MOTOR;CREDIT CORP                001
PO BOX 105386        ATLANTA      GA  30348
6/24/09  9062400B88

This is to certify that the foregoing is a true and complete copy (photographic) of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Barbara J. Fiala

COMMISSIONER OF MOTOR VEHICLES

MV-904N (5/11)