**Richard A. Klass, Esq.**

Richard A. Klass, Esq.
Principal
richklass@courtstreetlaw.com

Elisa S. Rosenthal, Esq.
Associate
erosenthal@courtstreetlaw.com

Eucline Spencer
Paralegal
euclinespencer@courtstreetlaw.com

Steven D. Cohn, Esq., Of Counsel
Stefano A. Filippazzo, Esq., Of Counsel

Address:
16 Court Street, 28th Floor
Brooklyn NY 11241

Website:
www.courtstreetlaw.com

Phone:
(718) COURT ST
(718) 643-6063

Fax:
(718) 643-9788

June 23, 2014

Magistrate Judge Joan M. Azrack
US District Court
225 Cadman Plaza East
Brooklyn NY 11201

Re:   Empire Fire v. Image Rent A Car
      13-cv-5122 (ARR)

Dear Judge Azrack:

With regard to the above matter, please accept this letter as a status report concerning the defendant, Image Rent A Car Inc. ("Image").

Image was dissolved by the New York State Department of State on January 26, 2011. On March 24, 2011, Image filed a Chapter 7 bankruptcy petition with the US Bankruptcy Court, Eastern District of New York. On May 23, 2014, the bankruptcy case was dismissed.

Even though Image is a dissolved corporation, it is electing to continue defending this declaratory judgment action. The same is permitted according to New York's Business Corporation Law Section 1006(a)(4).

Thank you for your anticipated prompt attention to this matter.

Very truly yours,

Rich Klass, Esq.

cc:   Martin J. Weiser, Esq.
      Adam A. Alster, Esq.
      Adam M. Smith, Esq.