# MINUTE ENTRY

**JOAN M. AZRACK, USMJ**  DATE: 11/24/14
**DOCKET:** 13-cv-5122 (ARR)   CASE: **Empire Fire and Marine Insurance Company v. Image Rent a Car Inc.**

☑ TELEPHONE    ☐ IN-PERSON

**CIVIL CAUSE FOR:**
☐ INITIAL CONF.   ☑ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☐ 15   ☑ 30   ☐ 45   ☐ 60   ☐ Other: ___

FOR PLAINTIFF: Adam Alster

FOR DEFENDANT: Richard Klass (Image)
Martin Weiser (Coicou)

Order(s):

- Discovery stayed.

- Parties to contact the Court if State court decides motion before 3/2/14 status conference.

☑ Next conference on 3/2/14 at 3:30    ☑ Telephone   ☐ In-Person