**Richard A. Klass, Esq.**
Your Court Street Lawyer℠

Address:
16 Court Street, 28th Floor
Brooklyn NY  11241

Website:
www.courtstreetlaw.com

Phone:
(718) COURT·ST
(718) 643-6063

Fax:
(718) 643-9788

Richard A. Klass, Esq.
Principal
richklass@courtstreetlaw.com

Elisa S. Rosenthal, Esq.
Associate
erosenthal@courtstreetlaw.com

Eucline Spencer
Paralegal
euclinespencer@courtstreetlaw.com

Steven D. Cohn, Esq., Of Counsel
Stefano A. Filippazzo, Esq., Of Counsel

December 4, 2014

Magistrate Judge Joan M. Azrack
US District Court
225 Cadman Plaza East
Brooklyn NY  11201

              Re:    <u>Empire Fire v. Image Rent A Car</u>
                           <u>13-cv-5122 (ARR)</u>

Dear Judge Azrack:

      With regard to the above matter, and in furtherance of this Court's minute entry dated November 24, 2014, wherein it was directed that the parties were to contact this Court if the state court decided the underlying motion for summary judgment before the next status conference, please be advised that Justice Ash of the Supreme Court, Kings County has determined and granted the motion for summary judgment as to defendant Image Rent A Car. A copy of the Order dated December 3, 2014, is attached hereto.

      Thank you for your anticipated prompt attention to this matter.

                                     Very truly yours,
                                     /s/
                                   Rich Klass, Esq.

cc:    Martin J. Weiser, Esq.
        Adam A. Alster, Esq.
        Adam M. Smith, Esq.