At an I.A.S. Trial Term, Part 76 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 5th day of December 2014

P R E S E N T :
Hon. _ASH_
　　　　　　　　　Justice

---

Coicou

**Plaintiff(s)**

Cal. No. 9
Index No. 10744/10

- against -

Wireless Promotions Cell-lu, Inc
Germano Weston + Image Rent-a-car

**Defendant(s)**

| The following papers numbered 1 to     read on this motion | **Papers Numbered** |

Notice of Motion - Order to Show Cause
and Affidavits (Affirmations) Annexed_____
Answering Affidavit (Affirmation)_____
Reply Affidavit (Affirmation)_____
_____Affidavit (Affirmation)_____
Pleadings - Exhibits_____
Stipulations - Minutes_____
Filed Papers_____

After oral argument,
Δ, Image + Wireless's motion for Summary Judgment is granted as for Image only + denied as to Wireless.

For Clerks use only
MG___
MD _/_
Motion Seq. #

E N T E R
_Ash_
J.S.C.

HON. SYLVIA G. ASH, JSC

EJV-rev 11-04