# MINUTE ENTRY

**JOAN M. AZRACK, USDJ**　　　　　　　　　　**DATE:**　　　**3/2/2015**

**DOCKET: 13-cv-5122**　　　　　　　　　　　**CASE: Empire Fire and Marine Insurance Company v. Image Rent a Car Inc.**

[X] TELEPHONE　　　　[] IN-PERSON

**CIVIL CAUSE FOR:**

[] INITIAL CONF.　　[X] STATUS CONF.　　[] SETTLEMENT CONF.　　[] DISCOVERY CONF.
[] OTHER: _____

Time in court:   [X] 15　　　[] 30　　　[] 45　　　[] 60　　　[] Other:

FOR PLAINTIFF:　　ADAM ALTER
FOR DEFENDANT:　Richard Klass (Image)
　　　　　　　　　　Martin Weiser (Coicou)

*Order(s):*

Parties to submit proposed discovery schedule by 3/13/2015

❏ Next conference on _____　　❏ Telephone ❏ In-Person